Case 1:23-cv-00752-RLY-CSW   Document 15   Filed 09/25/23   Page 1 of 1 PageID #: 49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KUN DUAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00752-RLY-CSW |
| | ) | |
| M X PAN INCORPORATED d/b/a | ) | |
| FORMOSA SEAFOOD BUFFET, | ) | |
| SIU WONG PING, | ) | |
| MIN XIU DONG, | ) | |
| | ) | |
| Defendants. | ) | |

## CLERK'S ENTRY OF DEFAULT

The defendants, having failed to plead or otherwise defend as provided in the Federal Rules of Civil Procedure, and such appearing by the Affidavits of Service that each defendant was properly served on May 20, 2023 and the time within which each defendant was given to answer or otherwise respond to the complaint has now expired, default is hereby entered against defendant M X PAN INCORPORATED d/b/a FORMOSA SEAFOOD BUFFET, defendant MIN XIU DONG, and defendant SIU WONG PING, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Date: September 25, 2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court