**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**
-----------------------------------------------------------X
KUN DUAN
*on his own behalf and on behalf of others simularly situated*

                               *Plaintiff*,

                                  v.

M X PAN INCORPORATED
    d/b/a Formosa Seafood Buffet
SIU WONG PING
    a/k/a Siuwong Ping
    a/k/a Peter Pan
MIN XIU DONG
    a/k/a Minxiu Dong

                                 Defendants.
-----------------------------------------------------------X

**Case No. 23-cv-00752**

## PROPOSED JUDGMENT

This action was commenced on May 2, 2023, with the filing of the Complaint in the above referenced matter against Defendants MX Pan Incorporated d/b/a Formosa Seafood Buffet; Siu Wong Ping a/k/a Siuwong Ping a/k/a Peter Pan; and Min Xiu Dong a/k/a Minxiu Dong. *See* Dkt. No. 1.

Plaintiff served Defendants with the Summons and Complaint in the above referenced matter on May 20, 2023, by leaving a copy with defendant Min Xiu Dong, a person authorized to accept service for defendants. *See* Dkt. No. 10-12. Defendants time to answer or move with respect to plaintiff's complaint was until and included June 9, 2023.

Defendants did not move with respect to plaintiff's complaint or request for an extension of time to move with respect to plaintiffs complaint on June 9, 2024, and on August 29, 2023,

plaintiff requested for Clerks Certificate of Default for Defendants. *See* Dkt. No. 13. The Court issued plaintiff's Clerks Certificate of Default on September 25, 2023. *See* Dkt. No. 15.

NOW, on motion of Troy Law, PLLC, the attorneys for the Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiff, Kun Duan, has judgment jointly and severally against Defendants, MX Pan Incorporated d/b/a Formosa Seafood Buffet; Siu Wong Ping a/k/a Siuwong Ping a/k/a Peter Pan; and Min Xiu Dong a/k/a Minxiu Dong in the amount of **$591,785.00** including Lost Wages and Liquidated Damages under the Federal Labor Standards Act ("FLSA").

In addition, plaintiff's attorney are entitled to recover **$7,663.17** in legal fees and **$536.00** in costs jointly and severally from Defendants, MX Pan Incorporated d/b/a Formosa Seafood Buffet; Siu Wong Ping a/k/a Siuwong Ping a/k/a Peter Pan; and Min Xiu Dong a/k/a Minxiu Dong.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

Dated: _____, ____
      Indianapolis, IN

 

_____
Hon. Crystal S. Wildeman