TROY LAW, PLLC
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff,*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**
-----------------------------------------------------------X
KUN DUAN
*on his own behalf and on behalf of others simularly situated*

                        *Plaintiff*,
                          v.

M X PAN INCORPORATED
    d/b/a Formosa Seafood Buffet
SIU WONG PING
    a/k/a Siuwong Ping
    a/k/a Peter Pan
MIN XIU DONG
    a/k/a Minxiu Dong

                        Defendants.
-----------------------------------------------------------X

Case No. 23-cv-00752

**DECLARATION OF JOHN TROY IN SUPPORT OF PLAINTFF'S MOTION FOR DEFAULT JUDGMENT**

I, JOHN TROY, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

    1.    I am the principal attorney of Troy Law PLLC, and present this declaration in support of Plaintiffs Motion for Default Judgement against defendant's M X Pan Incorporated; Siu Wong Ping; and Min Xiu Dong (Hereinafter referred to as "Defendnats")

    2.    Plaintiff filed a Complaint against defendants on May 2, 2023, alleging Retaliation pursuant to Section 215 and 216 of the Federal Labor Standards Act (FLSA) and Title 22 of the Indiana Code. *See* Dkt. No. 1, *see also* Exhibit 1.

    3.    The summons was issued against the defendants on May 7, 2023, and defendants were served with the summons and complaint on May 20, 2023, by serving a summons and

complaint on defendants Min Xiu Dong and affidavit of service were filed on May 20, 2023. *See* Dkt. No. 7-9; *see also* Exhibits 2-4.

    4.    Defendants' time to move or answer with respect to plaintiffs' complaint was until and included June 20, 2023.

    5.    On June 20, 2023, defendants failed to file an answer or move with respect to plaintiffs' complaint and did not request for an extension of time to do so.

    6.    On August 29, 2023, plaintiffs requested for Clerks Certificate of Default against Defendants for their failure to move with respect to plaintiffs' complaint and was granted their Clerks Entry of Default on September 25, 2023. *See* Dkt. No. 15 (Clerk's Entry), *see also* Exhibit 5.

    7.    As a result of defendant's failure to move with respect to plaintiffs' complaint, plaintiff now moves for default judgement against defendants.

    8.    The court should find that they are entitled to default judgment against defendants for defendants have been provided notice of the Complaint against them and have failed to move or answer with respect to it.

    9.    Defendants have had sufficient time to move with respect to plaintiffs' complaint and even as plaintiff present this motion now defendants have failed to move with respect to plaintiff's complaint.

    10.    The court should further find that plaintiff is entitled to the damages that he seeks from defendants due to their retaliation towards plaintiff because of him initiating a Wage and Hour lawsuit against them.

11. As explained more in depth in plaintiffs Memorandum of Law, defendant's actions against plaintiff meet the three-prong test to establish retaliation pursuant to the FLSA and therefore plaintiff should be entitled to the Retaliation Damages he seeks against defendants.

12. Plaintiff in addition presents his Affidavit in Support for his Motion to outline the retaliatory actions taken by the defendants against him. *See* Exhibit 6.

13. In regard to plaintiff's damages, plaintiffs present his damage calculation in support of his Motion for Default for the damages he seeks. *See* Exhibit 7.

14. In addition, plaintiff's counsel presents his attorney fees and costs that he requests along with the damages that he seeks. *See* Exhibit 8.

15. For the reasons stated above and in the accompanying affidavits and exhibits, Plaintiff's motion for default judgment should be granted.

16. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: September 10, 2024
      Flushing, NY

    /s/ John Troy
    John Troy
    Troy Law, PLLC
    41-25 Kissena Blvd, Suite 110
    Flushing, NY 11355
    Tel: 718-762-1324
    Email: troylaw@troypllc.com
    *Attorney for Defendants*