# AFFIDAVIT OF SERVICE

| Case:<br>23-cv-00752-RLY-MKK | Court:<br>United States District Court for the Southern District of Indiana | County:<br>, IN | Job:<br>8901402 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>KUN DUAN, on his own behalf and on behalf of others similarly situated | | Defendant / Respondent:<br>M X PAN INCORPORATED d/b/a Formosa Seafood Buffet et al. | |
| Received by:<br>Hoosier Process Service, LLC | | For:<br>Troy Law, PLLC | |
| To be served upon:<br>M X PAN INCORPORATED d/b/a Formosa Seafood Buffet | | | |

I, Jon Robb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** MIN XIU DONG a/k/a Minxiu Dong, 5998 Hollythorn Pl, Carmel, IN 46033
**Manner of Service:** Corporation, May 20, 2023, 10:04 am EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: May 20, 2023, 10:04 am EDT at 5998 Hollythorn Pl, Carmel, IN 46033 received by MIN XIU DONG a/k/a Minxiu Dong. Relationship: Authorized Agent;

_____  05/20/2023
Jon Robb                   Date

Hoosier Process Service, LLC
Indianapolis, IN 46254
317-829-0420