## AFFIDAVIT OF SERVICE

| Case: 23-cv-00752-RLY-MKK | Court: United States District Court for the Southern District of Indiana | County: , IN | Job: 8901411 |
|---|---|---|---|
| **Plaintiff / Petitioner:** KUN DUAN, on his own behalf and on behalf of others similarly situated | | **Defendant / Respondent:** M X PAN INCORPORATED d/b/a Formosa Seafood Buffet et al. | |
| **Received by:** Hoosier Process Service, LLC | | **For:** Troy Law, PLLC | |
| **To be served upon:** SIU WONG PING a/k/a Siuwong Ping and a/k/a Peter Pan | | | |

I, Jon Robb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | MIN XIU DONG a/k/a Minxiu Dong, 5998 Hollythorn Pl, Carmel, IN 46033 |
| **Manner of Service:** | Substitute Service - Abode, May 20, 2023, 10:04 am EDT |
| **Documents:** | Summons and Complaint |

**Additional Comments:**
1) Successful Attempt: May 20, 2023, 10:04 am EDT at 5998 Hollythorn Pl, Carmel, IN 46033 received by MIN XIU DONG a/k/a Minxiu Dong. Relationship: Husband;

_Jon Robb_                    05/20/2023
**Jon Robb**                   **Date**

Hoosier Process Service, LLC
Indianapolis, IN 46254
317-829-0420