TROY LAW, PLLC
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTERHN DISTRICT OF INDIANA**
**INDIANPOLIS DIVISION**
-----------------------------------------------------------X
KUN DUAN
*on his own behalf and on behalf of others simularly situated*
        *Plaintiff*,
        v.
M X PAN INCORPORATED
  d/b/a Formosa Seafood Buffet
SIU WONG PING
  a/k/a Siuwong Ping
  a/k/a Peter Pan
MIN XIU DONG
  a/k/a Minxiu Dong
         Defendants.
-----------------------------------------------------------X

Case No. 20-cv-00752

**AFFIDAVIT OF KUN DUAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT.**

I, Kun Duan, being duly sworn and under penalty of perjury, deposes and states as follows:

*Demographic Information:*

  1.  I am a resident of Sierra Vista, Arizona and I am over eighteen (18) years of age.

  2.  I have personal knowledge of the matters stated below.

  3.  I present this Affidavit in Support of Plaintiffs Motion for Default Judgement against defendant's M X Pan Incorporated; Siu Wong Ping; and Min Xiu Dong.

*Defendant's Information*

4. I worked for defendants at their restaurant Formosa Seafood Buffet as a fry wok from May 23, 2021, to October 3, 2022.

5. At all times during my employment with defendants, Siu Wong Ping was the owner and manager of Formosa Seafood.

6. Siu Wong Ping hired me.

7. Siu Wong Ping paid me.

8. Siu Wong Ping supervised me when I worked with defendants, and I reported to Siu Wong Ping during my employment.

9. Min Xiu Dong was known to me as the lady boss and was the "day to day" manager that worked at the front desk.

*Statement of Facts Regarding Retaliation*

10. On December 5, 2022, I commenced an action in the United States District Court, Southern District of Indiana, Indianapolis Division for against the defendants for their failure to pay me correctly within the provisions of the Federal Labor Standards Act (FLSA) and Indiana Code; and Indiana Minimum Wage Law (I.M.W.L.). That case is titled *Kuan Duan v. M X Pan Incorporated et al, 22-cv-02333.*

11. After the lawsuit began, on or around February 15, 2023, defendant Siu Wong Ping threatened me via a third-party person to stop proceeding with my case that I filed against them.

12. In the text to the third-party person, defendant Siu Wong Ping, stated that he would blacklist me through the U.S.-China Restaurant Alliance Listserv. If he did this, it would

make it hard for me to obtain a restaurant job in the future for there are many restaurants that are connected to the U.S.-China Restaurant Alliance Listserv.

13. In addition, defendant Siu Wong Ping had stated that he would report me to the IRS for tax fraud if I continued going forward with the case against the defendants.

14. Since my employment with defendants, I have only been able to obtain one job after and I began that job in August 2023.

15. Unfortunately, my salary is not the same as it used to be when I worked with defendants, and I make significantly less than what I used to. While working with defendants I earned four thousand and later four thousand five hundred dollars, now I earn between two thousand five hundred and three thousand dollars per month.

*Applicable Retaliation for Protected Activities*

16. It is my belief that due to me filing my wage and hour lawsuit against the defendants in the above referenced case, I have not been able to receive the same amount of pay that I received working at defendants. This is strictly due to them backlisting me and as a result, me needing to find a position with lower pay.

17. My attorney replied to me that I am entitled to one set of Federal Labor Standards Act of Lost Wages and Liquidated Damages in the amount of $591,785.71.

18. This document has been Translated to me in my native Language of Chinese, and I fully comprehend the contents.

**VERIFICATION**

STATE OF Arizona )
) ss:  Sierra Suites Hotel,
COUNTY OF Cochise )  391 E Fry Blvd.
     Sierra Vista, 85635

I, Kun Duan, being duly sworn, states that I am not a party to this action. I have read the foregoing Affidavit and know the contents thereof, and the same are true to my knowledge, information, and belief.

Date: 11 day of Apr, 2024

_Kun Duan_
Kun Duan

Sworn to before me on
This 11th day of April, 2024

_____
NOTARY PUBLIC

OFFICIAL SEAL
PIAH AUNQUOE
Notary Public-State of Arizona
COCHISE COUNTY
MY COMM# 648615
EXPIRES: MAY 23, 2027