| Case | *Duan v. M X Pan Incorporated*, No. 22-cv-02333 (RLY) (KMB) (S.D. Ind.) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Duan, Kun | | | | | | | | 20240409gd |
| End of Employment | 2022-10-03 | | | | | | | | |
| Commencement of Wage and Hour Case | 2022-12-05 | | | | | | | | |

| | | | | | | FLSA (§§216) | | Indiana Code §22-5-3 | |
|---|---|---|---|---|---|---|---|---|---|
| Period | Compensation/Week @ Formosa @ Discharge | New Employer | Compensation/Week @ New Employer | Lost Wages/Weeks | Weeks / Period | Lost Wages/Period | Liquidated Damages/Period | Lost Wages / Period | Liquodated Damages/Period |
| 2022-10-03  2022-12-31 | $4,500.00 | N/A | $ - | $4,500.00 | 12.86 | $ 57,857.14 | $ 57,857.14 | $ - | $ - |
| 2023-01-01  2023-07-31 | $4,500.00 | N/A | $ - | $4,500.00 | 30.29 | $ 136,285.71 | $ 136,285.71 | $ - | $ - |
| 2023-08-01  2023-12-31 | $4,500.00 | Another restaurnt | $ 2,750.00 | $1,750.00 | 21.86 | $ 38,250.00 | $ 38,250.00 | $ - | $ - |
| 2024-01-01  2024-09-10 | $4,500.00 | Another restaurnt | $ 2,750.00 | $1,750.00 | 36.29 | $ 63,500.00 | $ 63,500.00 | $ - | $ - |
| | | | | | | $ 295,892.86 | $ 295,892.86 | $ - | $ - |
| | | | | | **TOTAL (FLSA Lost Wages+Liquidated Damages)** | | | **$ 591,785.71** | |