# Invoice

Tuesday, September 10, 2024

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

**Bill To:**

Customer Name
Customer Address
City, State, Zip                    , ,

**For Project**

INSD M X PAN dba Formosa Seafood Buffet 2 RETAL 23-cv-00752

| Employee | Date | Work Description | Billable | Rate | Fees |
|---|---|---|---|---|---|
| JOHN TROY08 | 03/17/23 | Meet with Client(s) - Intakes Regarding Discrimination Claim | 1.20 | 400 | 480.00 |
| JOHN TROY08 | 03/18/23 | Contact Def Counsel re: Retaliation Claims | 0.25 | 400 | 100.00 |
| JOHN TROY08 | 04/25/23 | Draft the Complaint | 2.45 | 400 | 980.00 |
| TIFFANY TROY04 | 04/30/23 | Meet with clients to revise Complaint | 0.65 | 200 | 130.00 |
| JOHN TROY08 | 05/01/23 | Finalize the Complaint with BCL630, 624, Preservation Hold, Attorney Lien, Retaliation Notices | 0.70 | 400 | 280.00 |
| JOHN TROY08 | 05/02/23 | File the Complaint, Summons & Civil Cover Sheet USDC | 0.55 | 400 | 220.00 |
| TIFFANY TROY04 | 05/07/23 | File NoA Tiffany Troy | 0.25 | 200 | 50.00 |
| Aaron Schweitzer6 | 05/07/23 | File NoA Aaron Schweitzer | 0.20 | 300 | 60.00 |
| Preethi Kilaru3 | 05/08/23 | 2 copies AO399 Waiver of Service Form to each Def | 0.50 | 150 | 75.00 |
| JOHN TROY08 | 05/16/23 | Confer w defendants re Accepting Service | 0.25 | 400 | 100.00 |
| TIFFANY TROY04 | 05/19/23 | Prepare copies to Serve Summons & Complaint and Send to Process Server for Service | 0.45 | 200 | 90.00 |
| Preethi Kilaru3 | 05/20/23 | Scan, Review for Accuracy and ECF Proof of Service, Defs | 0.65 | 150 | 97.50 |
| TIFFANY TROY04 | 08/28/23 | Confer w Process Server re No Notarization on Affidavits | 0.25 | 200 | 50.00 |
| JOHN TROY08 | 08/29/23 | Review Clerk's Default Certificate and ECF to Court | 0.20 | 400 | 80.00 |
| TIFFANY TROY04 | 08/29/23 | Confer further w Process Server re Defendants Served and Positions | 0.55 | 200 | 110.00 |
| TIFFANY TROY04 | 08/29/23 | Scan, Review for Accuracy and ECF Proof of Service, File Amended Affidavit of Services | 0.20 | 200 | 40.00 |
| Aaron Schweitzer6 | 08/29/23 | Draft Notice of Motion, Certificate of Default | 0.30 | 300 | 90.00 |
| Aaron Schweitzer6 | 08/29/23 | Draft Certificate of Default | 0.40 | 300 | 120.00 |
| Aaron Schweitzer6 | 08/29/23 | Draft Affirmation support Request for Default | 0.95 | 300 | 285.00 |
| TIFFANY TROY04 | 01/20/24 | Review Case for Next Steps; Default | 0.17 | 200 | 34.00 |
| TIFFANY TROY04 | 04/01/24 | Contact Client re Impending Default, Additional Info re Defs | 0.55 | 200 | 110.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

Tuesday, September 10, 2024

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 110
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| TIFFANY TROY04 | 04/09/24 | Draft Plaintiffs Affidavit in Support of Motion for Default Judgement | 1.25 | 200 | 250.00 |
| TIFFANY TROY04 | 04/09/24 | Verifiy w Client Plaintiff's Affidavit in Support of Motion for Default | 0.65 | 200 | 130.00 |
| Aaron Schweitzer6 | 04/09/24 | Draft Damages Calculation Chart, Plf LIN, HONGLIANG | 0.95 | 300 | 285.00 |
| JOHN TROY08 | 04/10/24 | Draft Declaration support Motion for Default Judgment, Plf: | 1.45 | 400 | 580.00 |
| JOHN TROY08 | 04/10/24 | Draft Notice of Motion for Default Judgment | 0.40 | 400 | 160.00 |
| TIFFANY TROY04 | 04/11/24 | Confer Client re Affidavit Transmission | 0.17 | 200 | 33.33 |
| JOHN TROY08 | 04/11/24 | Draft plf Memo suport Motion for Default Judgment | 3.95 | 400 | 1580.00 |
| TIFFANY TROY04 | 04/11/24 | Confer Client re Signing of Affidavit in front of Notary | 0.17 | 200 | 33.33 |
| JOHN TROY08 | 08/31/24 | Review Judges OTSC re Dismissal | 0.30 | 400 | 120.00 |
| JOHN TROY08 | 09/10/24 | File Default Motion (Complete Set) | 0.50 | 400 | 200.00 |
| JOHN TROY08 | 09/10/24 | Review Memo of Law in Support for Motion for Default | 0.45 | 400 | 180.00 |
| Aaron Schweitzer6 | 09/10/24 | Compile Invoice in Support of Default Judgment | 0.70 | 300 | 210.00 |
| JOHN TROY08 | 09/10/24 | Review Damage Calculation in Support | 0.35 | 400 | 140.00 |
| JOHN TROY08 | 09/10/24 | Draft Proposed Judgment | 0.45 | 400 | 180.00 |

**Total Billables**  **$7,663.17**

| Expense Description | Expense Date | Expense Amount |
|---|---|---|
| INDIANA SOUTHERN DISTRICT COURT Tracking Id: AINSDC-7617247 Approval Code: 04038G | 05/02/23 | $402.00 |
| Hoosier Process Service, LLC service of process, carmel, Indiana USD94; Additional Services at the same address USD40 | 05/19/23 | $134.00 |

**Total Expenses**  **$536.00**

| | |
|---|---|
| Total Billables | $7,663.17 |
| Total Expenses | $536.00 |
| Total Payments | $0.00 |
| Outstanding | $8,199.17 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!